

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-12-00071-CV
_____

MICHAEL C. HUNTER, JAMES BLANTON AND LISA HOUSTON MOLETT, Appellants

V.

ASHLEY D. ADAMS, AS DEPENDENT ADMINISTRATRIX OF
THE ESTATE OF JAMES EDWARD BURKS, DECEASED, Appellee

On Appeal from the County Court at Law #1
Henderson County, Texas
Trial Court No. 49-2008-CL

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Appellants, Michael C. Hunter, James Blanton, and Lisa Houston Molett, have filed with this Court a motion to dismiss the pending appeal in this matter.[1] Appellants represent to this Court that the parties have reached a full and final settlement. In such a case, no real controversy exists, and, in the absence of a controversy, the appeal is moot.

We grant the motion and dismiss this appeal.


Jack Carter
Justice

Date Submitted: November 20, 2012
Date Decided: November 21, 2012

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).